| Fill in this information to identify your case and this filing: | |
|---|---|
| Debtor 1 | Midgalia　　　　　　　　　　　Caraballo-Colon |
| | First Name　　　Middle Name　　　Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name　　　Middle Name　　　Last Name |
| United States Bankruptcy Court for the Western District of New York | |
| Case number: 19-2 | |

[ ] Check if this is an amended filing

# NOTICE OF CONVERSION OF CHAPTER 13 CASE TO CHAPTER 7
## and final report of Debtor

1. On March 19, 2019, the Debtor filed a Petition for relief under Chapter 13 of Title 11, United States Code, and said Petition is presently pending.

2. The Debtor is eligible to be a Debtor under Chapter 7 of said Title 11, and it is desired by the Debtor to convert this case to a case under Chapter 7 pursuant to §1307(a) of said Title 11.

3. Pursuant to Bankruptcy Rule 1017(f)(3), the above entitled case under Chapter 13 of Title 11, United States Code, is deemed converted to a Case under Chapter 7 of said Title 11 upon the filing of this notice.

4. Pursuant to local rules and practice, the Chapter 13 trustee, George M. Reiber, Esq. is directed to turn over any funds on hand at the time of conversion to the attorney for the Debtor, Peter Scribner, Esq., to be held by said attorney for the Debtor in escrow, subject to the direction of the Chapter 7 trustee no later than 10 days following the Chapter 7 section 341 hearing.

**Sign Below**

Under penalty of perjury, I declare that the information I have provided in this form is true and correct.

X　/s/ Midgalia Caraballo-Colon

Date　05/14/2019

/s/ Peter Scribner
Peter Scribner, Esq.
Attorneys for Debtor
1110 Park Avenue
Rochester, NY 14610
(585) 261-6461